# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SIERRA WILSON, an individual,

    Plaintiff,

v.

LINCOLN PARK HOUSING COMMISSION, a public agency, THE FOURMIDABLE GROUP, INC., a Michigan corporation, and MICHELLE HORGAN, an individual,

    Defendants.

Case No.: 2:17-cv-11869
Hon. Sean F. Cox

---

| | |
|---|---|
| Michael L. Pitt (P24429) | Kevin G. Dougherty (P44207) |
| Robin B. Wagner (P79408) | Adam T. Ratliff (P79892) |
| Pitt McGehee Palmer & Rivers PC | Warner Norcross & Judd LLP |
| 117 W. Fourth Street, Suite 200 | 2000 Town Center, Suite 2700 |
| Royal Oak, Michigan 48067 | Southfield, Michigan 48075 |
| (248) 398-9800 | (248) 784-5000 |
| mpitt@pittlawpc.com | kdougherty@wnj.com |
| rwagner@pittlawpc.com | aratliff@wnj.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

---

## ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS

NOW COME the Parties, which hereby stipulate to a dismissal with prejudice and without costs of all claims filed by Plaintiff against Defendants.

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated:  June 14, 2018                              s/Sean F. Cox
                                                                    Sean F. Cox
                                                                    U. S. District Judge

**This is a final order and closes the case**

**Approved as to form and content:**

 /s/ Robin B. Wagner                          By:  **/s/ Adam T. Ratliff (w/ consent)**
  Robin B. Wagner (P79408)                     Adam T. Ratliff (P79892)
  *Attorney for Plaintiff*                              *Attorney for Defendants*